**REDACTED**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:22-CR-71 |
| | ) | Violation: 18 U.S.C. §2252(a)(4)(B) |
| STEVEN J. MESSER | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

From on or about July 21, 2022, through and including on or about October 18, 2022, in the Northern District of Indiana,

**STEVEN MESSER,**

defendant herein, did knowingly possess and knowingly access with intent to view, one (1) or more books, magazines, periodicals, films, videos, tapes, and other matter which contained visual depictions which were shipped and transported using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, and which was produced using materials which have been mailed and so shipped and transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, and which visual depictions were of such conduct;

All in violation of 18 U.S.C. § 2252(a)(4)(B).

1

## FORFEITURE ALLEGATIONS

1. The allegations contained in the sole count of this Indictment is hereby realleged and incorporated by reference for purposes of alleging forfeitures pursuant to 18 U.S.C. § 2253.

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252, alleged in the sole count of the Indictment, pursuant to 18 U.S.C. § 2253, STEVEN MESSER, shall forfeit to the United States of America:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. Upon conviction of the offense set forth in this Indictment, the government will seek a money judgment in the amount of proceeds received for the defendant's participation in the alleged scheme.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 2253.

                                        A TRUE BILL

                                        */s/Foreperson*
                                        Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   */s/Lesley J. Miller Lowery*
       Lesley J. Miller Lowery
       Assistant United States Attorney